CHARLES C. GEORGE, ADMINISTRATOR, ET AL., APPELLEES, v. DANIEL KENISTON ET AL., APPELLANTS.

FILED JANUARY 5, 1899.   No. 8620.

1. Mortgage Foreclosure: MASTER COMMISSIONER: OATH.  The statute does not require that a master commissioner appointed to make a mortgage foreclosure sale shall take, subscribe, and file an oath. *Northwestern Mutual Life Ins. Co. v. Mulvihill*, 53 Neb. 538, followed.

2. ——: ——: APPRAISERS: OATH.  A master commissioner appointed to make a judicial sale has authority to administer the oath to the appraisers. (*Supra.*)

APPEAL from the district court of Douglas county. Heard below before FERGUSON, J.   *Affirmed.*

*Gregory, Day & Day*, for appellants.

*Wharton & Baird*, contra.

NORVAL, J.

This is an appeal from an order confirming a sale of real estate made by a special master commissioner in pursuance of a decree of foreclosure of a mortgage.

The defendants below and appellants urge in the briefs these grounds for reversal: (1.) The special master commissioner did not qualify by taking the oath of office. (2.) The appraisers were never sworn to make the appraisement as required by law, in that the oath was administered by the special master commissioner. (3.) The appraisement was so grossly inadequate as to amount to a fraud. In the briefs it is conceded that this case is on all fours with the *Northwestern Mutual Life Ins. Co. v. Mulrihill*, 53 Neb. 538, and as all the objections to the appraisement and sale therein were decided adversely to the contention of these defendants, the order from which this appeal was taken is accordingly

AFFIRMED.